THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Lorenzo Maybin, Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2011-UP-293
 Submitted May 1, 2011  Filed June 14,
2011    

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney
 General Alan M. Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant
 Deputy Attorney General Salley W. Elliott, all of Columbia; and Acting Solicitor
 Barry Barnette, of Spartanburg, for Respondent.
 
 
 

PER
 CURIAM:  Lorenzo
 Maybin appeals his convictions for breaking into a motor vehicle, petit larceny
 and possession of drugs, arguing the trial court erred in failing to charge the
 jury on mere presence.  Additionally, Maybin asserts numerous pro se
 arguments.  After a thorough review of the record and all briefs pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL
 DISMISSED.
FEW,
 C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.